IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN FRANKLIN THAMES,<br><br>Plaintiff,<br><br>v.<br><br>N. MUSGRAVE, et al.,<br><br>Defendants. | 08-CV-01483-JM-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THE ACTION WITH PREJUDICE**<br><br>Doc. No. 40 |

The Court has considered the parties' Joint Motion to Dismiss the Action with Prejudice. For good cause shown, this entire action is dismissed with prejudice. Parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: May 10, 2010     BY: _____
                              THE HONORABLE JEFFREY T. MILLER
                              United States District Judge